**Order entered November 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01300-CV

### IN RE STAN KEITH ODAM, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 07-1369-015**

## ORDER
Before Justices Bridges, Molberg, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
JUSTICE